UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hakeem Moore, | : | |
| | : | 2:21-cv-2303-ER |
| Petitioner, | : | |
| | : | Hon. Eduardo C. Robreno |
| v. | : | United State District Judge |
| | : | |
| Eric Tice, Superintendent, SCI Somerset, | : | Hon. Pamela A. Carlos |
| | : | United States Magistrate Judge |
| Respondent. | : | |

## JOINT STATUS REPORT

On June 2, 2022, this Court set August 31, 2022 as the deadline for Petitioner's motion to amend and proposed amendment to his habeas petition and ordered the parties to submit a joint status report on or before July 29, 2022. ECF# 16. This is the parties' status report.

As previously noted, Petitioner, by counsel, scanned additional discovery from counsel for the Respondents, the Philadelphia County District Attorney's Office (DAO), concerning the alternative suspect identified in discovery disclosed on March 28, 2022. ECF# 18, 1–2. As of the filing of the parties' June 30, 2022 Joint Status Report, Petitioner was still awaiting the DAO's disclosure of that discovery. *Id*. at 2.

On July 8, 2022, the DAO disclosed that discovery to Petitioner. Petitioner is now in the process of reviewing that discovery and preparing a motion to amend and proposed amendment to his habeas petition.

Respectfully Submitted,

| | |
|---|---|
| Jon Cioschi | ADA Peter Andrews |
| WISEMAN & SCHWARTZ, LLP | PHILA. DISTRICT ATTORNEY'S OFFICE |
| 718 Arch Street, Suite 702 North | Federal Litigation Unit |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |
| (215) 360-3988 | (215) 686-8084 |
| cioschi@wisemanschwartz.com | peter.andrews@phila.gov |
| | |
| Counsel for Petitioner | Counsel for Respondent |
| Hakeem Moore | Eric Tice |

Dated:       July 22, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hakeem Moore, | : | |
| | : | 2:21-cv-2303-ER |
| Petitioner, | : | |
| | : | Hon. Eduardo C. Robreno |
| v. | : | United State District Judge |
| | : | |
| Eric Tice, Superintendent, SCI Somerset, | : | Hon. Pamela A. Carlos |
| | : | United States Magistrate Judge |
| | : | |
| Respondent. | : | |

CERTIFICATE OF SERVICE

I, Jon Cioschi, hereby certify that on this 22nd day of July, 2022, I served a copy of the above Joint Status Report upon the following by filing the same through this Court's Electronic Filing System:

Peter Andrews
Assistant District Attorney
Federal Litigation Unit
Philadelphia District Attorney's Office

Respectfully submitted,

Jon Cioschi
WISEMAN & SCHWARTZ, LLP
718 Arch Street, Suite 702 North
Philadelphia, PA 19106
(610) 574-1877
cioschi@wisemanschwartz.com

Counsel for Petitioner
Hakeem Moore